UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In the Matter of:
RESSEGUIE, DENISE A          Case No. 09-48350 SWR
         Chapter 7
aka VASILEVSKI, DENISE          HON. Steven W. Rhodes

         Debtor.

## NOTICE OF UNCLAIMED DIVIDENDS

**TO: CLERK OF THE COURT**

The attached check represent the total sum of unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. Section 347(a). The name and address of the party entitled to these unclaimed dividends is as follows:

| Creditor Name | Claim No. | Dividend |
|---|---|---|
| City of Mount Clemens<br>Marilyn J. Dluge, Treasurer<br>One Crocker Blvd.<br>Mount Clemens, MI. 48043 | 4 | $173.79 |

Dated: October 26, 2011          /S/ DAVID W. ALLARD
         Chapter 7 Trustee
         2600 BUHL BUILDING
         535 GRISWOLD STREET
         DETROIT, MI 48226
         (313) 961-6141
         Email: trusteeallard@allardfishpc.com
         P23288